# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 08-1754

Rickey Jones,

Appellant

Brianna Henderson,

Tammy Henderson, et al.,

Appellants

v.

City of Minneapolis, including but not limited to its Police Department, et al.,

Appellees

___

Appeal from U.S. District Court for the District of Minnesota - Minneapolis
(0:04-cv-04856-DWF)

___

**MANDATE**

In accordance with the opinion and judgment of 07/13/2009, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

August 03, 2009

Clerk, U.S. Court of Appeals, Eighth Circuit